UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Brunswick Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 DEC 21  AM 8:58

CLERK _B McCarty_
SO. DIST. OF GA.

WILLIE OUTLER  )
)
vs  )   CASE NUMBER  CV204-102
)
ROBERT MCFADDEN  )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 21st day of December, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA